BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
PAULA R. BROWN (254142)
ADAM M. BUCCI (327312)
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
pbrown@bholaw.com
abucci@bholaw.com

BEASLEY, ALLEN, CROW,
   METHVIN, PORTIS & MILES, P.C.
W. DANIEL "DEE" MILES, III (*PHV*)
DEMET BASAR (*PHV*)
H. CLAY BARNETT, III (*PHV*)
J. MITCH WILLIAMS (*PHV*)
DYLAN T. MARTIN (*PHV*)
218 Commerce Street
Montgomery, AL 36104
Tel: 334/269-2343
334/954-7555 (fax)
Dee.Miles@Beasleyallen.com
Demet.Basar@beasleyallen.com
Clay.Barnett@BeasleyAllen.com
Mitch.Williams@Beasleyallen.com
Dylan.Martin@beasleyallen.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOWNSEND VANCE and ZACHARY HAINES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MAZDA MOTOR OF AMERICA, INC. D/B/A MAZDA NORTH AMERICAN OPERATIONS, MAZDA MOTOR CORPORATION, FCA US LLC. DENSO CORPORATION, and DENSO INTERNATIONAL AMERICA, INC,<br><br>Defendants. | Case No. 8:21-cv-01890-JLS-KES<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing Date:  February 21, 2025<br>Time:   10:30 a.m.<br><br>District Judge Josephine L. Staton<br>Courtroom 8A, First Street<br>Magistrate Judge Karen E. Scott<br>Courtroom 6D, Santa Ana<br><br>Complaint Filed:  November 16, 2021<br>Trial Date:   Not Set<br><br>**JURY TRIAL DEMANDED** |

Plaintiffs Townsend Vance and Zachary Haines ("Plaintiffs"), on behalf of themselves and the proposed Class, by and through their counsel, hereby respectfully request entry of an order substantially similar to Exhibit 11 to the Settlement Agreement:

1) Confirming that the Settlement is fair, reasonable, and adequate, and in the best interest of the Class and is in full compliance with all applicable requirements of the Federal Rules of Civil Procedure, including but not limited to Rule 23(e), due process, the Class Action Fairness Act, and any other applicable law;

2) Granting final approval of the Settlement, including the Settlement Agreement and all exhibits thereto;

3) Confirming that the Class meets all applicable requirements of Fed. R. Civ. P. 23(a) and (b)(3);

4) Confirming certification of the nationwide Class for settlement purposes only;

5) Confirming that the Class Notice is reasonable and adequate and meets all the applicable requirements of Fed. R. Civ. P. 23(a) and (b)(3);

6) Confirming that the Class Notice was provided to governmental authorities in compliance with the Class Action Fairness Act, 28 U.S.C. § 1715(d);

7) Finding that Class Representatives Townsend Vance and Zachary Haines have adequately represented the Class for purposes of entering into and implementing the Settlement Agreement;

8) Confirming the appointment of Timothy G. Blood of Blood, Hurst & O'Reardon, LLP and W. Daniel "Dee" Miles of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. as Class Counsel;

9) Overruling all objections to the Settlement;

10) Finding that the form, content, and methods of disseminating Class

Notice of the Settlement constituted the best notice practicable under the circumstances and satisfied Fed. R. Civ. P. 23(c) and due process;

11) Finding that only those persons/entities/organizations listed on _____ of the Proposed Final Order and Judgement have timely and properly excluded themselves from the class;

12) Releasing all claims consistent with the Settlement;

13) Dismissing the Action with prejudice as provided for by the Settlement; and

14) Issuing related relief, as appropriate.

This motion is based on the contemporaneously-filed memoranda of law in support of final approval submitted by Plaintiffs and all supporting declarations, together with all exhibits attached thereto, the proposed form of the final order and final judgment, any supplemental memoranda of law to be filed in support of final approval, and all pleadings, records, and papers on filed with the Court in this action.

Respectfully submitted,

Dated: December 12, 2024

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
PAULA R. BROWN (254142)
ADAM M. BUCCI (327312)

By:   *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
pbrown@bholaw.com
abucci@bholaw.com

Dated: December 12, 2024

BEASLEY, ALLEN, CROW,
 METHVIN, PORTIS & MILES, P.C.
W. DANIEL "DEE" MILES, III (*PHV*)
DEMET BASAR (*PHV*)
H. CLAY BARNETT, III (*PHV*)
J. MITCH WILLIAMS (*PHV*)

| | |
|---|---|
| 1 | DYLAN T. MARTIN (*PHV*) |
| 2 | By:  *s/ W. Daniel "Dee" Miles, III* |
| 3 | W. DANIEL "DEE" MILES, III |
| 4 | 218 Commerce Street<br>Montgomery, AL 36104 |
| 5 | Tel: 334/269-2343<br>334/954-7555 (fax) |
| 6 | Dee.Miles@Beasleyallen.com<br>Demet.Basar@beasleyallen.com |
| 7 | Clay.Barnett@BeasleyAllen.com<br>Mitch.Williams@Beasleyallen.com |
| 8 | Dylan.Martin@beasleyallen.com |
| | ***Counsel for Plaintiffs and Proposed Classes*** |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 12, 2024.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
tblood@bholaw.com