| | |
|---|---|
| BLOOD HURST & O'REARDON, LLP<br>TIMOTHY G. BLOOD (149343)<br>PAULA R. BROWN (254142)<br>ADAM M. BUCCI (327312)<br>501 West Broadway, Suite 1490<br>San Diego, CA  92101<br>Tel: 619/338-1100<br>619/338-1101 (fax)<br>tblood@bholaw.com<br>pbrown@bholaw.com<br>abucci@bholaw.com<br><br>Attorneys for Plaintiffs | BEASLEY, ALLEN, CROW,<br>  METHVIN, PORTIS & MILES,<br>  P.C.<br>W. DANIEL "DEE" MILES, III<br>  (*PHV*)<br>DEMET BASAR (*PHV*)<br>H. CLAY BARNETT, III (*PHV*)<br>J. MITCH WILLIAMS (*PHV*)<br>DYLAN T. MARTIN (*PHV*)<br>218 Commerce Street<br>Montgomery, AL 36104<br>Tel: 334/269-2343<br>334/954-7555 (fax)<br>Dee.Miles@Beasleyallen.com<br>Demet.Basar@beasleyallen.com<br>Clay.Barnett@BeasleyAllen.com<br>Mitch.Williams@Beasleyallen.com<br>Dylan.Martin@beasleyallen.com |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOWNSEND VANCE and ZACHARY HAINES, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>MAZDA MOTOR OF AMERICA, INC. D/B/A MAZDA NORTH AMERICAN OPERATIONS, MAZDA MOTOR CORPORATION, FCA US LLC. DENSO CORPORATION, and DENSO INTERNATIONAL AMERICA, INC,<br><br>   Defendants. | Case No. 8:21-cv-01890-JLS-KES<br><br>**CLASS ACTION**<br><br>**STIPULATION FOR SUBSTITUTION OF SETTLEMENT MASTER**<br><br>District Judge Josephine L. Staton<br>Courtroom 8A, First Street<br>Magistrate Judge Karen E. Scott<br>Courtroom 6D, Santa Ana<br><br>Complaint Filed:   November 16, 2021<br>Trial Date:             Not Set<br><br>**JURY TRIAL DEMANDED** |

This stipulation is submitted by and between the Parties, Plaintiffs Townsend Vance and Zachary Haines ("Plaintiffs"), Defendant Mazda Motor of America Inc. d/b/a Mazda North American Operations ("Mazda"), and Defendant Denso International America, Inc. ("Denso") (together with Mazda, "Defendants"), by and through their respective counsel, to request substitution of the Settlement Master. In support of this proposal, the Parties state as follows:

On March 11, 2024, the Court granted the Parties' joint motion to appoint Patrick A. Juneau as Special Master in this action. Dkt. 128. Mr. Juneau has successfully, adequately, and admirably fulfilled his role as Special Master. Unfortunately, Mr. Juneau passed away on December 31, 2024, after a memorable career as a litigator, special master, and court-appointed administrator.

Accordingly, the Parties have met and conferred and agree that Patrick J. Hron should be substituted in as Special Master. Mr. Hron is an attorney at Juneau David, APLC who worked closely with Mr. Juneau in his role as special master on a variety of class action and mass tort settlements. Mr. Hron also has been appointed to serve as Co-Administrator and/or Co-Special Master with Mr. Juneau in several class action settlements, including *Cheng v. Toyota Motor Corp.*, No. 1:20-cv-00629 (E.D.N.Y.), a case involving claims similar to those alleged by Plaintiffs here concerning certain Denso fuel pumps.[1] Mr. Hron's resume is attached as Exhibit A. Mr. Hron is familiar with the Settlement in this action, ensuring a smooth transition of responsibilities, continuity, and consistency in all respects as to the administration of the Settlement.

For these reasons, the Parties respectfully request that this Court:

---

[1] *See also*, *e.g.*, *City of Walker, et al. v. The State of Louisiana, et al.*, 19th Judicial District Court, Louisiana, No. C-654278; *In Re: ZF-TRW Airbag Control Units Products Liability Litigation*, U.S. District Court for the Central District of California, No. 2:19-ml-02905; *Murphy v. Toyota Motor Corp.*, U.S. District Court for the Eastern District of Texas, No. 4:21-cv-00178.

1. Appoint Patrick J. Hron as Special Master in the captioned matter, effective immediately;

2. Authorize Mr. Hron to assume full responsibilities as Special Master; and

3. Grant such other and further relief as the Court deems just and proper.

SO STIPULATED AND AGREED TO BY:

Respectfully submitted,

Dated: January 31, 2025

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
PAULA R. BROWN (254142)
ADAM M. BUCCI (327312)

By:   s/ Timothy G. Blood
TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
pbrown@bholaw.com
abucci@bholaw.com

Dated: January 31, 2025

BEASLEY, ALLEN, CROW,
  METHVIN, PORTIS & MILES, P.C.
W. DANIEL "DEE" MILES, III (*PHV*)
DEMET BASAR (*PHV*)
H. CLAY BARNETT, III (*PHV*)
J. MITCH WILLIAMS (*PHV*)
DYLAN T. MARTIN (*PHV*)

By:   s/ W. Daniel "Dee" Miles, III
W. DANIEL "DEE" MILES, III

218 Commerce Street
Montgomery, AL 36104
Tel: 334/269-2343
334/954-7555 (fax)
Dee.Miles@Beasleyallen.com
Demet.Basar@beasleyallen.com
Clay.Barnett@BeasleyAllen.com
Mitch.Williams@Beasleyallen.com
Dylan.Martin@beasleyallen.com

***Counsel for Plaintiffs and Settlement Class***

| | | |
|---|---|---|
| 1 | Dated: January 31, 2025 | BOWMAN AND BROOKE LLP |
| 2 | | By:   *s/ Vincent Galvin* |
| 3 | | Vincent Galvin<br>1741 Technology Dr. | Suite 200<br>San Jose, CA 95110 |
| 4 | | |
| 5 | | |
| 6 | | NELSON MULLINS RILEY & SCARBOROUGH LLP<br>Robert L. Wise<br>1021 E. Cary St. | Suite 2120<br>Richmond, VA 23219 |
| 7 | | |
| 8 | | ***Attorneys for Defendant Mazda Motor of America, Inc. d/b/a Mazda North American Operations*** |
| 9 | | |
| 10 | Dated: January 31, 2025 | BUTZEL LONG |
| 11 | | By:   *s/ Daniel Rustmann* |
| 12 | | Daniel R.W. Rustmann (*pro hac vice*)<br>150 West Jefferson Ave., Suite 100<br>Detroit MI 48226<br>Tel: (313) 225-7067<br>Fax: (313) 225-7080<br>rustmann@butzel.com |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | YUKEVICH/CAVANAUGH<br>Raymond H. Hua (222466)<br>355 S. Grand Avenue, 15th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 362-7777<br>Fax: (213) 362-7788<br>rhua@yukelaw.com |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | BUTZEL LONG<br>Sheldon H. Klein (*pro hac vice*)<br>201 W. Big Beaver Rd.<br>Troy MI 48084<br>Tel: (248) 258-1616<br>Fax: (248) 258-1439<br>klein@butzel.com |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | ***Attorneys for Defendant Denso International America, Inc.*** |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**ECF CERTIFICATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: January 31, 2025         BLOOD HURST & O'REARDON, LLP

                                By:      *s/ Timothy G. Blood*
                                         TIMOTHY G. BLOOD

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 31, 2025.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
tblood@bholaw.com